**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:21-CV-00294-FL**

| | |
|---|---|
| AML IP, LLC, | §<br>§<br>§ |
| Plaintiff, | §<br>§ |
| v. | §<br>§ |
| UBISOFT, INC., | §<br>§ |
| Defendant. | §<br>§<br>§ |

## ORDER

Upon consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff AML IP, LLC and defendant Ubisoft, Inc. in this case, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit between plaintiff AML IP, LLC and defendant Ubisoft, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated November 18, 2021.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

DATED: ___12/14/21___

_____
LOUISE W. FLANAGAN
United States District Judge